UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

L & LEUNG LEATHERWARE LIMITED,

    Plaintiff/Counterclaim
    Defendant,

  -against-

COLLECTION XIIX LTD. and LISA NUNZIATA,

    Defendants/Counterclaimants.

-------------------------------------------------------------- X

LISA NUNZIATA,

    Third-Party Plaintiff,

  -against-

ANDREW LEUNG,

    Third-Party Defendant.

-------------------------------------------------------------- X

COLLECTION XIIX LTD.,

    Counterclaim Plaintiff,

  -against-

ANDREW LEUNG,

    Counterclaim Defendant.

-------------------------------------------------------------- X

17 Civ. 7374 (DAB)(GWG)

**STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COUNTERCLAIMS AND <u>THIRD-PARTY COMPLAINT</u>**

  WHEREAS, plaintiff L & Leung Leatherware Limited ("L & Leung" or "Plaintiff") filed a complaint in this action dated September 27, 2017 (ECF Doc. No. 1) (the "Complaint"); and

  WHEREAS, defendant Lisa Nunziata ("Nunziata") filed an answer to the Complaint, counterclaims against L & Leung, and a third-party complaint against Andrew Leung dated December 14, 2017 (ECF Doc. No. 16); and

WHEREAS, defendant Collection XIIX Ltd. ("Collection 18") filed an answer to the Complaint and counterclaims against L & Leung and Andrew Leung dated December 15, 2017 (ECF Doc. No. 14); and

WHEREAS, third-party defendant/counterclaim defendant Andrew Leung lives in Hong Kong and has not been served with process in this matter; and

WHEREAS, counsel for L & Leung will represent Andrew Leung in this matter;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel as follows:

1. Counsel for L & Leung and Andrew Leung agrees to accept service of Nunziata's third-party complaint and Collection 18's counterclaims on behalf of Andrew Leung. In doing so, Andrew Leung expressly preserves and does not waive any arguments, objections, rights, or defenses he may have in this action, including defenses based on a lack of personal jurisdiction; and

2. The time for L& Leung and Andrew Leung to answer, move or otherwise respond to (a) Nunziata's counterclaims, (b) Nunziata's third-party complaint, and (c) Collection 18's counterclaims is hereby extended to February 16, 2018.

| | |
|---|---|
| Dated: New York, New York<br>December 20, 2017 | Dated: New York, New York<br>December 20, 2017 |
| SULLIVAN & WORCESTER LLP<br>By: _____<br>Gerry Silver<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 660-3000<br>Fax: (212) 660-3001<br>Email: gerry.silver@sandw.com | MOSKOWITZ & BOOK, LLP<br>By: _____<br>David A. Stein<br>345 Seventh Avenue, 21st Floor<br>New York, NY 10001<br>Telephone: (212) 221-7999<br>Fax: (646) 833-1657<br>Email: dstein@mb-llp.com |
| *Attorneys for Plaintiff/Counterclaim Defendant L&Leung Leatherware Limited and Third Party Defendant/Counterclaim Defendant Andrew Leung* | *Attorneys for Defendant/Counterclaimant/ Third-Party Plaintiff Lisa Nunziata* |

Dated: New York, New York
December 20, 2017

FOX ROTHSCHILD LLP

By: /s/ Daniel A. Schnapp (DAS)
Daniel A. Schnapp
101 Park Avenue, 17th Floor
New York, New York 10178
Telephone: (212) 660-3000
Fax: (212) 660-3001
Email: gerry.silver@sandw.com

*Attorneys for Defendant/Counterclaimant*
*Collection XIIX Ltd.*

SO ORDERED

/s/ Deborah A. Batts
USDJ
SDNY

1/2/18