```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
L & Leung Leatherware Limited
                    Plaintiff(s),
                                              17 Civ. 7374 (DAB)
                                              NOTICE OF INITIAL
                                                 CONFERENCE

        v.

Collection XIIX Ltd. et al
                    Defendant(s).
------------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

Counsel for all parties are directed to appear for an initial pre-trial conference in accordance with Federal Rule of Civil Procedure 16 on Thursday, March 29, 2018 at 3:00 PM in Courtroom 24B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

Counsel are directed to familiarize themselves with the Southern District of New York Local Rules and Electronic Court Filing Rules and Instructions, and this Court's Individual Rules of Practice. Pursuant to the Individual Rules, two courtesy copies of all pleadings must be submitted to Chambers.

                        SO ORDERED.

Dated:   New York, New York
         February 22, 2018

                                      _____
                                              Deborah A. Batts
                                      United States District Judge