# M&B
## MOSKOWITZ & BOOK, LLP

David A. Stein
Senior Counsel
DStein@mb-llp.com

345 Seventh Avenue
New York, NY 10001
Phone: (212) 221-7999
Fax: (646) 833-1657

February 23, 2018

**VIA ECF and
FIRST CLASS MAIL**

Hon. Deborah A. Batts
United States District Court for the
  Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 2510
New York, NY 10007

Re:   *L & Leung Leatherware Limited v. Collection XIIX Ltd. and Lisa Nunziata,*
      No. 1:17-cv-07374-DAB

Dear Judge Batts:

    We represent defendant/third-party plaintiff Lisa Nunziata in the above-referenced action. We write to request the Court's approval of an adjournment, on consent, of the initial pretrial conference scheduled for March 29, 2018 pursuant to the Court's Order of yesterday.

    No prior requests for an adjournment have been made by the parties. The undersigned will be out of the country from March 29 through April 9, 2018. All counsel are available after 2:30 p.m. on April 11, or on April 12 or 13, 2018.

    We thank the Court for its courtesies in this matter.

Respectfully yours,

David A. Stein

cc:   Gerry Silver, Esq. (via ECF)
      Daniel Schnapp, Esq. (via ECF)