AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of New York

L & Leung Leatherware Limited
    Plaintiff(s),
v.
Collection XIIX Ltd. and Lisa Nunziata,
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:17-cv-07374-DAB

Notice is hereby given that, subject to approval by the court, **Collection XIIX Ltd.** substitutes
(Party (s) Name)

**David A. Stein**, State Bar No. **1832567** as counsel of record in
(Name of New Attorney)

place of **Daniel Adam Schnapp, Fox Rothschild (NYC)**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Moskowitz & Book, LLP
Address: 345 Seventh Avenue, 21st Fl., New York, NY 10001
Telephone: (212) 221-7999    Facsimile (212) 398-8835
E-Mail (Optional): dstein@mb-llp.com

I consent to the above substitution.
Date: 2/26/2018
(Signature of Party (s))

I consent to being substituted.
Date: 2/26/2018
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/26/2018
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
                                            Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]