UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
L & LEUNG LEATHERWARE LIMITED,

        Plaintiff and Counterclaim-Defendant,

-against-

COLLECTION XIIX LTD. and LISA NUNZIATA,

        Defendants and Counterclaim Plaintiffs.
------------------------------------------------------------X
COLLECTION XIIX LTD. and LISA NUNZIATA,

        Third-Party Plaintiffs,

-against-

ANDREW LEUNG,

        Third-Party Defendant.
------------------------------------------------------------X

17 Civ. 7374 (DAB) (GWG)

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel in this case for Plaintiff and counterclaim-defendant L & Leung Leatherware Limited and for third-party defendant Andrew Leung. I certify that I am admitted to practice before this Court.

Dated: New York, New York
       March 1, 2018

                                    /s/Clark A. Freeman
                                    Clark A. Freeman

                                    SULLIVAN & WORCESTER LLP
                                    1633 Broadway
                                    New York, New York 10019
                                    Telephone: (212) 660-3000
                                    Facsimile: (212) 660-3001
                                    Email: cfreeman@sandw.com