USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/18

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

L & Leung Leatherware Limited
        Plaintiff(s),

V.

Collection XIIX Ltd. and Lisa Nunziata,
        Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:17-cv-07374-DAB

Notice is hereby given that, subject to approval by the court, __Collection XIIX Ltd.__ substitutes
(Party (s) Name)

__David A. Stein__, State Bar No. __1832567__ as counsel of record in
(Name of New Attorney)

place of __Daniel Adam Schnapp, Fox Rothschild (NYC)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Moskowitz & Book, LLP
    Address: 345 Seventh Avenue, 21st Fl., New York, NY 10001
    Telephone: (212) 221-7999    Facsimile: (212) 398-8835
    E-Mail (Optional): dstein@mb-llp.com

I consent to the above substitution.
Date: 2/26/2018
(Signature of Party (s))

I consent to being substituted.
Date: 2/26/2018
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/26/2018
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: April 5, 2018      Deborah A. Batts
                                      Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]