```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
L & Leung Leatherware Limited,

                Plaintiff,

        v.                                    17 Civ. 7374 (DAB)
                                                    ORDER
Collection XIIX Ltd. et al.,

                Defendants.
----------------------------------------X
```
DEBORAH A. BATTS, United States District Judge.

On April 12, 2018 this Court held a Rule 16 conference in which Defendants raised the possibility of this Court not having federal diversity jurisdiction pursuant to New York Business Corporation Law Section 1312. See N.Y. Bus. Corp. Law § 1312(a) (McKinney 2018) ("A foreign corporation doing business in this state without authority shall not maintain any action or special proceeding in this state unless and until such corporation has been authorized to do business in this state and it has paid to the state all fees and taxes imposed under the tax law . . . .").

Discovery is scheduled to close in this matter on September 28, 2018. The Discovery clock is still running.

The Court has heard nothing from any Party on jurisdiction since the Rule 16 conference.

Within 14 days of the date of this Order, Defendants shall file a Motion challenging Plaintiff's jurisdiction, or the

Parties shall jointly inform the Court that jurisdiction is not an issue under New York Business Corporation Law Section 1312.

SO ORDERED.

DATED:   August 29, 2018
         New York, New York

*Deborah A. Batts*
Deborah A. Batts
United States District Judge