AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of New York

L & Leung Leatherware Limited
Plaintiff (s),

v.

Collection XIIX Ltd. and Lisa Nunziata
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:17-cv-07374-DAB

Notice is hereby given that, subject to approval by the court, **Collection XIIX Ltd.** substitutes
(Party (s) Name)

**Brett A. Berman**, State Bar No. **5329701** as counsel of record in
(Name of New Attorney)

place of **David A. Stein**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Fox Rothschild LLP
Address: 101 Park Avenue, Suite 1700, New York, NY 10178
Telephone: (212) 878-7900        Facsimile (212) 692-0940
E-Mail (Optional): bberman@foxrothschild.com

I consent to the above substitution.
Date: 2/22/2019

(Signature of Party (s))

I consent to being substituted.
Date: 2/22/2019

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/22/2019

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____        _____
                                                                                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]