AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

L & Leung Leatherware Limited
           Plaintiff (s),
V.
Collection XIIX Ltd. and Lisa Nunziata
           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:17-cv-07374-DAB

Notice is hereby given that, subject to approval by the court, __Collection XIIX Ltd.__ (Party (s) Name) substitutes __Elizabeth C. Viele__ (Name of New Attorney), State Bar No. __4610556__ as counsel of record in place of __David A. Stein__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Fox Rothschild LLP |
| Address: | 101 Park Avenue, Suite 1700, New York, NY 10178 |
| Telephone: | (212) 878-7900     Facsimile (212) 692-0940 |
| E-Mail (Optional): | eviele@foxrothschild.com |

I consent to the above substitution.
Date: 2/21/2019
           (Signature of Party (s))

I consent to being substituted.
Date: 2/21/2019
           (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/21/2019
           (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
           Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]