

101 Park Avenue, Suite 1700
New York, NY 10178
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

ELIZABETH C. VIELE
Direct Dial: 212-878-7968
Email Address: eviele@FoxRothschild.com

February 25, 2019

**VIA ECF AND FIRST CLASS MAIL**

Hon. Deborah A. Batts
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 2510
New York, NY 10007

Re: **L & Leung Leatherware Limited v. Collection XIIX Ltd. and Lisa Nunziata, No. 1:17-cv-07374-DAB**

Dear Judge Batts:

This firm has filed a substitution of attorney notice for defendant Collection XIIX Ltd. in the above-referenced matter.

Pending this Court's approval of the substitution of attorney request, we respectfully join the parties' joint request to extend discovery and other pre-trial deadlines as set forth in the letter dated February 20, 2019 (DE 38).

An extension will allow our firm time to analyze and proceed with ongoing fact and expert discovery as the matter transitions from current counsel.



Hon. Deborah A. Batts
February 25, 2019
Page 2


We thank the Court for its attention to this matter

Respectfully submitted,

Elizabeth C. Viele

cc:   Gerry D. Silver, Esq. (via ECF)
      Chaim B. Book, Esq. (via ECF)
      David A. Stein, Esq. (via ECF)