AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

| | |
|---|---|
| L & Leung Leatherware Limited<br>Plaintiff (s),<br>V.<br>Collection XIIX Ltd. and Lisa Nunziata<br>Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 1:17-cv-07374-DAB |

Notice is hereby given that, subject to approval by the court, __Lisa Nunziata__ substitutes
(Party (s) Name)

__Brett A. Berman__ , State Bar No. __5329701__ as counsel of record in
(Name of New Attorney)

place of __David A. Stein and Chaim B. Book__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Fox Rothschild LLP
- Address: 101 Park Avenue, Suite 1700, New York, NY 10178
- Telephone: (212) 878-7900       Facsimile: (212) 692-0940
- E-Mail (Optional): bberman@foxrothschild.com

I consent to the above substitution.
Date:       2/22/2019
(Signature of Party (s))

I consent to being substituted.
Date:       2/22/2019
(Signature of Former Attorney (s))

I consent to the above substitution.
Date:       2/22/2019
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:                                                                      
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]