AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | **District of** | New York |
|---|---|---|

L & Leung Leatherware Limited

Plaintiff (s),

V.

Collection XIIX Ltd. and Lisa Nunziata

Defendant (s),

**CONSENT ORDER GRANTING**
**SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**  1:17-cv-07374-DAB

Notice is hereby given that, subject to approval by the court,  Lisa Nunziata  substitutes
(Party (s) Name)

Elizabeth C. Viele , State Bar No. 4610556  as counsel of record in
(Name of New Attorney)

place of  David A. Stein and Chaim B. Book .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Fox Rothschild LLP |
|---|---|
| Address: | 101 Park Avenue, Suite 1700, New York, NY 10178 |
| Telephone: | (212) 878-7900 Facsimile (212) 692-0940 |
| E-Mail (Optional): | eviele@foxrothschild.com |

I consent to the above substitution.

Date:  2/22/2019

(Signature of Party (s))

I consent to being substituted.

Date:  2/22/2019

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  2/22/2019

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]