AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

L & Leung Leatherware Limited
          Plaintiff (s),
V.
Collection XIIX Ltd. and Lisa Nunziata
          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:17-cv-07374-DAB

Notice is hereby given that, subject to approval by the court, **Collection XIIX Ltd.** (Party (s) Name) substitutes **Brett A. Berman** (Name of New Attorney), State Bar No. **5329701** as counsel of record in place of **David A. Stein** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name: Fox Rothschild LLP
    Address: 101 Park Avenue, Suite 1700, New York, NY 10178
    Telephone: (212) 878-7900     Facsimile (212) 692-0940
    E-Mail (Optional): bberman@foxrothschild.com

I consent to the above substitution.
Date: 2/22/2019
                                (Signature of Party (s))

I consent to being substituted.
Date: 2/22/2019
                                (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/22/2019
                                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 2/27/19

Deborah A. Batts
United States District Judge

[Note: A separate consent order of substitution must be filed by