AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

| | |
|---|---|
| L & Leung Leatherware Limited<br><br>                     Plaintiff (s),<br>V.<br>Collection XIIX Ltd. and Lisa Nunziata<br><br>                     Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER:   1:17-cv-07374-DAB |

Notice is hereby given that, subject to approval by the court,   Collection XIIX Ltd.   substitutes
                                                                                                    (Party (s) Name)

Elizabeth C. Viele   , State Bar No.   4610556   as counsel of record in
          (Name of New Attorney)

place of   David A. Stein
                    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Fox Rothschild LLP |
| Address: | 101 Park Avenue, Suite 1700, New York, NY 10178 |
| Telephone: | (212) 878-7900          Facsimile  (212) 692-0940 |
| E-Mail (Optional): | eviele@foxrothschild.com |

I consent to the above substitution.

Date:             2/21/2019

                                                                        (Signature of Party (s))

I consent to being substituted.

Date:             2/21/2019

                                                                        (Signature of Former Attorney (s))

I consent to the above substitution.

Date:             2/21/2019

                                                                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:             2/27/19

                                                                        Deborah A. Batts
                                                                        United States District Judge

[Note: A separate consent order of substitution must be filed by