

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

212 660 3000
sullivanlaw.com

June 28, 2019

**By E-Filing**

Honorable Deborah A. Batts
United States District Court
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

    Re:    L & Leung Leatherware Limited v.
                Collection XIIX Ltd. and Lisa Nunziata
                17 Civ. 7374 (DAB)(GWG)

Dear Judge Batts:

        We represent plaintiff L & Leung Leatherware Limited ("Plaintiff" or "Leung Leatherware") in the above-referenced matter. Pursuant to Section II(B)(2) of your Honor's Individual Practices and the Scheduling Order dated March 21, 2019, Leung Leatherware hereby informs the Court and defendants of its intention to move for summary judgment on Leung Leatherware's claims and for dismissal of any and all counterclaims in this action.

                              Respectfully submitted,

                              /s/ Gerry Silver

                              Gerry Silver
                              Direct line: 212-660-3096
                              gsilver@sullivanlaw.com

{S2428858; 1}