

**Fox Rothschild** LLP
ATTORNEYS AT LAW

101 Park Avenue, Suite 1700
New York, NY 10178
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

Brett A. Berman, Esq.
Direct Dial:  (212) 878-7900
Email Address:  bberman@foxrothschild.com

June 28, 2019

## VIA ECF

The Honorable Deborah A. Batts
United States District Court
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

**Re:   L & Leung Leatherware Limited v. Collection XIIX Ltd. et al**
**Index No. 1:17-cv-07374-DAB**

Dear Judge Batts:

This firm represents defendant/counterclaimant Collection XIIX Ltd. ("Collection XIIX") and
defendant/counterclaimant/third-party plaintiff Lisa Nunziata ("Nunziata," and together with
Collection XIIX, "Collection") in the above-referenced matter.

Pursuant to Your Honor's Individual Rule of Practice II(B)(2), Collection is informing the Court
of its intent to file a motion for summary judgment.  In accordance with the rule, within 10 days,
Collection will serve on the opposing side and submit to Chambers a letter setting forth the
proposed basis for summary judgment.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Brett A. Berman

Brett A. Berman

A Pennsylvania Limited Liability Partnership

California     Colorado     Connecticut     Delaware     District of Columbia     Florida
Illinois     Minnesota     Nevada     New Jersey     New York     Pennsylvania     Texas