UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| L & LEUNG LEATHER WEAR LIMITED, | 17 Civ. 7374 (DAB) |
| Plaintiff, | |
| -against- | **NOTICE OF MOTION** |
| COLLECTION XIIX LTD. et al., | |
| Defendants. | |

---

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Elizabeth E. Viele, dated September 13, 2019 and the exhibits annexed thereto, the Declaration of Lisa Nunziata, dated September 12, 2019, the Declaration of Alan Etkin, dated September 13, 2019, the Memorandum of Law, and upon all of the prior pleadings and proceedings had herein, Defendants Collection XIIX Ltd. and Lisa Nunziata, by their undersigned attorneys, Fox Rothschild LLP, shall move before this Court, before the Honorable Deborah A. Batts, at the United States Courthouse located at 500 Pearl Street, New York, New York, for an Order dismissing the action pursuant to New York General Business Corporation Law § 1312, Federal Rules of Civil Procedure 17(b), 12(b)(1) and 12(b)(6); and any such further relief that the Court deems necessary.

**PLEASE TAKE FURTHER NOTICE** that any opposition papers shall be served within twenty (20) days of this date, and any reply papers shall be served within ten (10) days of the filing of Plaintiff's opposition, in accordance with the Court's order dated August 15, 2019 [ECF No. 58].

Dated: September 13, 2019
       New York, New York

                                            Respectfully submitted,

                                            **FOX ROTHSCHILD LLP**

                    By:    */s/Elizabeth Viele*
                             Brett Berman, Esq.
                             Elizabeth Viele, Esq.
                             101 Park Avenue, 17th Floor
                             New York, New York 10178
                             Phone: (212) 878-7900
                             Fax: (212) 692-0940

                             eviele@foxrothschild.com

                             *Counsel to Defendants Collection XIIX Ltd. and Lisa Nunziata*