UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
L & LEUNG LEATHERWARE LIMITED,          :       CIV. 17-CV-7374 (DAB)
                                         :
            Plaintiff,                   :
                                         :
            -against-                    :
                                         :
                                         :
COLLECTION XIIX ET AL.,                  :
                                         :
                                         :
            Defendants.                  :
------------------------------------------------------------------- x

## DECLARATION OF ALAN ETKIN

ALAN ETKIN declares pursuant to 28 U.S.C. §1746 as follows:

1. I am personally familiar with the facts set forth below and respectfully submit this declaration in support of the Motion to Dismiss dated September 13, 2019.

2. I was employed by L & Leung Leatherware Limited for approximately six years and worked directly on the company's behalf.

3. My job for L & Leung was to solicit handbag distributor companies, primarily located in New York and the tri-state area, to use L & Leung as their manufacturer.

4. I worked out of an office space at 320 Fifth Avenue in New York City.

5. I worked with about 6 to 12 customers a year for the six years I worked with L & Leung

6. I was paid a salary directly by wire from L & Leung on a monthly basis for my work.

7. I was employed pursuant to a contract which permitted to work only with L & Leung during his employment.

1

8.      Though L & Leung had final say in terms of pricing, I had authority to negotiate directly with customers on the terms of their orders.

9.      Executives of L & Leung, such Andrew Leung and his son, Mark, came to the New York City office approximately once or twice a year to perform business activities on behalf of L & Leung. During these visits, I worked with the Leungs directly regarding the solicitation of and relationships of their customers.

10.     At all other times, I engaged in frequent email and phone communications with Mark Leung regarding sales I made for L & Leung.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 13, 2019

_____
Alan Etkin