UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
L & LEUNG LEATHERWARE LTD.,

                Plaintiff,                17-cv-7374 (PKC)

      -against-

                                        ORDER

COLLECTION XIIX LTD. and
LISA NUNZIATA,
                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       For the reasons stated on the record at the February 27, 2020 proceeding, defendants' motion to dismiss the action pursuant to New York Business Corporation Law § 1312 is denied. (See Feb. 27, 2020 Tr.) The Clerk is directed to terminate the motion (Doc 60).

       SO ORDERED.

                                                    P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
       February 27, 2020