UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
L & LEUNG LEATHERWARE LTD.,

                Plaintiff,              17-cv-7374 (PKC)

  -against-

                                                ORDER

COLLECTION XIIX LTD. and
LISA NUNZIATA,
                Defendants.
-----------------------------------------------------------x
COLLECTION XIIX LTD. and
LISA NUNZIATA,

                Third-Party Plaintiffs,
  -against-

ANDREW LEUNG,

                Third-Party Defendant.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

       Trial of this matter is set as a backup trial for the week of November 15, 2021 in a courtroom to be announced. There will be a conference on November 9, 2021 at 11:00 A.M. in Courtroom 11D, 500 Pearl Street, New York, New York at which final instructions will be given.

       SO ORDERED.

                                           P. Kevin Castel
                                       United States District Judge

Dated: New York, New York
       August 31, 2021