UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
L & LEUNG LEATHERWARE LTD.,

                  Plaintiff,                  17-cv-7374 (PKC)

    -against-

                                              ORDER

COLLECTION XIIX LTD. and
LISA NUNZIATA,
                  Defendants.
-----------------------------------------------------------x
COLLECTION XIIX LTD. and
LISA NUNZIATA,

                  Third-Party Plaintiffs,
    -against-


ANDREW LEUNG,

                  Third-Party Defendant.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        The case is set for trial on May 4, 2022 at 9:30 a.m. in Courtroom 11D.


        SO ORDERED.

                                                  P. Kevin Castel
                                         United States District Judge

Dated:  New York, New York
           March 3, 2022